# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANNA GONZALES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER CELLULAR, INCORPORATED, a Delaware corporation d/b/a CONSUMERCELLULAR.COM<br><br>Defendant. | Case No. 2:26-cv-04543-SPG-SSC<br><br>**AMENDED [PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [DKT 13-1]**<br><br>Complaint Served: June 4, 2026<br>Current Response Date: July 16, 2026<br>New Response Date: August 14, 2026 |

On July 14, 2026, the Parties filed a Joint Stipulation to Extend Time to Respond to Initial Complaint up to and including August 14, 2026.

The Court, having considered Joint Stipulation of the Parties to Extend Time to Respond to Initial Complaint submitted by Plaintiff Arianna Gonzales ("Plaintiff") and Defendant Consumer Cellular, Inc. ("Defendant") (together referred to as the "Parties"), and finding good cause therefor, hereby GRANTS the Joint Stipulation and ORDERS as follows

1. Defendant's time to respond to the Complaint shall be extended up to and including August 14, 2026.

IT IS SO ORDERED.

Dated:

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE